UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00019

**Christopher Peoples,**
*Plaintiff,*

v.

**Drug Enforcement Agency et al.,**
*Defendants.*

# ORDER

Plaintiff Christopher Peoples, an inmate of the Cherokee County Jail, filed this civil rights lawsuit pro se and in forma pauperis. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On September 4, 2024, the magistrate judge issued a report recommending that plaintiff's motion for a preliminary injunction be denied. Doc. 43. A copy of the report was mailed to the plaintiff, who received it on September 10, 2024, and did not file written objections. Doc. 44; *see* Doc. 48 at 1 ("Plaintiff did not contest the Court's disposition of said motion . . . ." (citing Doc. 43)).

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for preliminary injunction (Doc. 18) is denied.

*So ordered by the court on October 28, 2024.*

J. CAMPBELL BARKER
United States District Judge